```
DANIEL J. BRODERICK, Bar #89424
Federal Defender
ERIC V. KERSTEN, Bar #226429
Assistant Federal Defender
2300 Tulare Street, Suite 330
Fresno, California  93721-2226
Telephone: (559) 487-5561

Attorney for Defendant
ALICIA ANN MEDINA
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>              *Plaintiff*,<br><br>    v.<br><br>DAWN MICHELLE FLINDERS, and<br>ALICIA ANN MEDINA,<br><br>              *Defendants.* | No. 1:06-cr-00427 LJO<br><br>STIPULATION TO CONTINUE STATUS CONFERENCE AND  ORDER THEREON<br><br><br><br>Date:   March 30, 2007<br>Time:   9:00 a.m.<br>Judge:  Hon. Anthony W. Ishii |

IT IS HEREBY STIPULATED by and between the parties hereto through their respective counsel, MARIANNE A. PANSA, Assistant United States Attorney, counsel for Plaintiff, RICHARD BESHWATE, counsel for Defendant DAWN MICHELLE FLINDERS, and ERIC V. KERSTEN, Assistant Federal Defender, counsel for Defendant ALICIA ANN MEDINA, that the date for status conference in this matter may be continued to March 30, 2007, or the soonest date thereafter that is convenient to the court.  **The date currently set for status conference is March 9, 2007.  The requested new date is March 30, 2007.**

      The matter was originally scheduled for March 5, 2007, but was moved to March 9, 2007, by the court, upon reassignment to the Hon. Lawrence J. O'Neill.  The new date does not work as counsel Eric Kersten will be out of the state on March 9, 2007, through March 16, 2007.  Additional time is also requested to allow further for further defense investigation.  The parties request March 30, 2007, or the

1  soonest convenient date thereafter, as AUSA Pansa may be unavailable on March 23, 2007.

2      The parties agree that the delay resulting from the continuance shall be excluded as necessary to
3  allow the defendant continuity of counsel, and also for effective defense preparation, pursuant to 18 U.S.C.
4  § 3161(h)(8)(B)(iv).  For these reasons, the ends of justice served by the granting of the requested
5  continuance outweigh the interests of the public and the defendants in a speedy trial.

McGREGOR W. SCOTT
United States Attorney

DATED: March 6, 2007            By /s/ MARIANNE A. PANSA
                                MARIANNE A. PANSA
                                Assistant United States Attorney
                                Attorney for Plaintiff

DATED: March 6, 2007            /s/ RICHARD BESHWATE
                                RICHARD BESHWATE
                                Assistant Federal Defender
                                Attorney for Defendant
                                DAWN MICHELLE FLINDERS

                                DANIEL J. BRODERICK
                                Federal Defender

DATED: March 6, 2007            By /s/ Eric V. Kersten
                                ERIC V. KERSTEN
                                Assistant Federal Defender
                                Attorney for Defendant
                                ALICIA ANN MEDINA

## **O R D E R**

**IT IS SO ORDERED.**  Good cause exists both for the continuance and the exclusion of time.  The intervening period of delay is excluded in the interests of justice pursuant to 18 U.S.C. § 3161(h)(8)(B)(iv) continued to March 30, 2007 at 9:00am.

Eastern District of California

IT IS SO ORDERED.

**Dated:   March 7, 2007**            /s/ Lawrence J. O'Neill

Stipulation to Continue Status Conference            2

1 | b9ed48                    UNITED STATES DISTRICT JUDGE

2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28