**RECOMMENDATION TERMINATING
SUPERVISED RELEASE PRIOR TO EXPIRATION DATE**

---

**UNITED STATES DISTRICT COURT
FOR THE
EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| **UNITED STATES OF AMERICA** ) | |
| ) | |
| vs. ) | **Docket Number:** 1:06CR00427-01-LJO |
| ) | |
| **ALICIA ANN MEDINA** ) | |
| ) | |

**LEGAL HISTORY:**

On June 22, 2007, Alicia Ann Medina was placed on supervised release for a period of 2 years, which commenced on October 1, 2008. Special conditions included a requirement for : 1) Search; 2) Drug and alcohol counseling; 3) Testing; 4) Mental health treatment; 5) Co-payment; 6) Computer inspection; and, 7) Disclosure to employer regarding computer restriction.

**SUMMARY OF COMPLIANCE:**

Alicia Ann Medina has complied with all conditions and special conditions of supervised release, and has not been involved in any further criminal activities. It is the opinion of the probation officer that she has derived maximum benefit from supervision and is not in need of continued supervision.

Re:     Alica Ann Medina
        Docket Number:   1:06CR00427-01-LJO
        **RECOMMENDATION TERMINATING**
        **SUPERVISED RELEASE PRIOR TO EXPIRATION DATE**


**RECOMMENDATION:**

It is, therefore, respectfully recommended that supervised release in this case be terminated early.

                            Respectfully submitted,

                            /s/

                            **LAURIE E. MCANULTY**
                            **Senior United States Probation Officer**

Dated:      May 18, 2010
            Fresno, California

                    **/s/**
**REVIEWED BY:**   _____
                    **RICK C. LOUVIERE**
                    **Supervising United States Probation Officer**


cc:     AUSA Mark Cullers (Pursuant to Rule 32, notice of proposed relief to the releasee is being provided.  Per your email dated May 18, 2010, you offered no objection to early termination, thus the Order will be sent forthwith to the Court for signature).

**Re:** **Alica Ann Medina**
**Docket Number:   1:06CR00427-01-LJO**
**RECOMMENDATION TERMINATING**
**SUPERVISED RELEASE PRIOR TO EXPIRATION DATE**

---

## ORDER OF COURT

It is ordered that supervised releasee be discharged from supervised release and that the proceedings in the case be terminated.

  May 20, 2010                                    /s/ Honorable Anthony W. Ishii for
**Date**                                                   **LAWRENCE J. O'NEILL**
                                                                 **United States District Judge**


cc:    United States Attorney's Office
       Eric Kersten, Assistant Federal Defender